UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>96-CV-10804-DPW<br><br>CIVIL ACTION NO.<br>1:04-CV-10658-DPW<br>(Bostik Torrance Site) |

**JOINT MOTION TO EXTEND ALL DEADLINES
RELATED TO BOSTIK TORRANCE SITE**

In accordance with the Court's request at the January 12, 2005 hearing for a status report regarding the Bostik Torrance matter, Liberty Mutual Insurance Company ("Liberty Mutual") and Black & Decker Corporation ("Black & Decker"), hereby move this Court for an Order extending all deadlines related to the Bostik Torrance Site by thirty (30) days.

As grounds for the instant motion, the parties respectfully state that numerous scheduling problems have been encountered, rendering compliance with the existing deadlines extraordinarily difficult.

The existing deadlines are:

    March 1, 2005 – Summary judgment motions due;

    April 1, 2005 – Oppositions to summary judgment motions due;

April 15, 2005 – Reply memoranda to oppositions to summary judgment motions due.

The proposed deadlines are:

April 1, 2005 – Summary judgment motions due;

May 2, 2005 – Oppositions to summary judgment motions due;

May 16, 2005 – Reply memoranda to oppositions to summary judgment motions due.

WHEREFORE, the parties jointly request that this Court issue an Order extending by thirty (30) days all deadlines related to the Bostik Torrance Site (a proposed order is attached as Exhibit A).

| BLACK & DECKER CORPORATION, ET ALS., | LIBERTY MUTUAL INSURANCE COMPANY |
|---|---|
| By their Attorneys, | By its Attorneys, |
| /s/ Jack R. Pirozzolo | /s/ Ralph T. Lepore |
| Jack R. Pirozzolo (BBO #400400) | Ralph T. Lepore, III (BBO #294420) |
| Richard L. Binder (BBO #043240) | Janice Kelley Rowan (BBO #265520) |
| WILLCOX, PIROZZOLO & McCARTHY | Deborah E. Barnard (BBO #550654) |
| 50 Federal Street | Robin L. Main (BBO #556074) |
| Boston, MA 02110 | HOLLAND & KNIGHT LLP |
| (617) 482-5470 | 10 St. James Avenue |
| | Boston, MA 02116 |
| | (617) 523-2700 |

Dated: February 4, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that this office conferred with counsel for defendants, Richard Binder, by telephone on February 2, 2005, and counsel agreed that this motion should be filed as a joint motion.

James M. Tierney

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of February, 2005, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

                                              James M. Tierney

# 2571955_v1