UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 96-CV-10804-DPW |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., | ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:04-CV-10658-DPW (Bostik Torrance Site) |
| Defendants. | ) ) | |

## **(PROPOSED) ORDER**

After consideration of the parties' Joint Motion to Extend All Deadlines Related to the Bostik Torrance Site, IT IS HEREBY ORDERED that all deadlines related to the Bostik Torrance Site are extended by thirty (30) days.

The new deadlines are:

April 1, 2005 – Summary judgment motions due;

May 2, 2005 – Oppositions to summary judgment motions due;

May 16, 2005 – Reply memoranda to oppositions to summary judgment motions due.

Dated: _____, 2005

_____
United States District Judge

# 2578802_v1